

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| TRINITY EAGLEFORD SERVICES, LLC,<br>and FRANCIS MONTAGUE, Individually, | § | No. 08-20-00166-CV |
| | § | |
| Appellants, | | Appeal from the |
| | § | |
| v. | | 51st District Court |
| | § | |
| BIG COUNTRY EQUIPMENT | | of Tom Green County, Texas |
| RENTALS AND SALES, LLC, | § | |
| | | (TC# A190552C) |
| Appellee. | § | |

## **J U D G M E N T**

The Court has considered this cause on the Appellant's unopposed motion to dismiss this appeal and concludes the motion should be granted and the appeal should be dismissed. We therefore dismiss the appeal. We further order Appellants pay all costs of this appeal, and this decision be certified below for observance.

IT IS SO ORDERED THIS 30TH DAY OF SEPTEMBER, 2020.

JEFF ALLEY, Chief Justice

Before Alley, C.J., Rodriguez, and Palafox, JJ.